**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | ALESIA BREWER | : | Chapter 13 |
| | | : | |
| | | : | |
| | Debtor | : | Bankruptcy No. 24-10708 |

**O R D E R**

AND NOW, this 19th day of March, 2024 upon consideration of the debtor's motion for an extension of time, it is HEREBY ORDERED that said motion is GRANTED. The debtor shall have an additional fourteen (14) days to comply with the Court's Order and shall file all required documents on or before March 29, 2024.

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN