| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| YPS | 220953 | 109200 | 2F01 | 0000038115 | 1 |

# Earnings Statement 

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE, WA 98108

Period Beginning: 12/31/2023
Period Ending: 01/06/2024
Pay Date: 01/12/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

ALESIA BREWER
5815 AKRON STREET
PHILADELPHIA PA 19149

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.3500 | 26.47 | 512.19 | 707.24 |
| Holiday Pay | 19.3500 | 8.00 | 154.80 | 309.60 |
| Personal Time | 19.3500 | 3.00 | 58.05 | 58.05 |
| Shift Pay | 1.5001 | 37.47 | 56.21 | 83.33 |
| **Gross Pay** | | | **$781.25** | 1,158.22 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -17.27 | 17.27 |
| | Social Security Tax | -47.16 | 69.36 |
| | Medicare Tax | -11.03 | 16.22 |
| | PA State Income Tax | -23.26 | 34.16 |
| | Philadelphia Income Tax | -29.41 | 43.66 |
| | Plymouth Twp Local Svc Tax | -1.00 | 2.00 |
| | PA SUI Tax | -0.55 | 0.81 |
| **Other** | | | |
| | Critic Illness | -4.23 | 8.46 |
| | Pre-Tax Dental | -2.08* | 4.16 |
| | Pre-Tax Medical | -17.77* | 33.92 |
| | Pre-Tax Vision | -3.69* | 7.38 |
| | 401K-Trad | -23.44* | 34.75 |
| **Net Pay** | | | **$600.36** |
| Checking Acct 1 | | | -600.36 |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 2.98 | 5.96 |
| Personal Balnce | 8.85 | |
| Tot Work Hours | 26.47 | |
| Vacation Balnce | 18.43 | |

**Important Notes**
BASIS OF PAY: HOURLY

IF YOU HAVE PAY RELATED QUESTIONS, VISIT
HTTPS://ATOZ.AMAZON.WORK   AND CLICK RESOURCES.

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

* Excluded from federal taxable wages
  Your federal taxable wages this period are $734.27

© 2000 ADP, Inc

---

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE, WA 98108

Advice number: 00000038115
Pay date: 01/12/2024

Deposited to the account of
ALESIA BREWER

| account number | transit ABA | amount |
|---|---|---|
| | | $600.36 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR | |
|---|---|---|---|---|---|
| YPS | 220953 | 109200 | 2F01 | 0000054853 | 1 |

# Earnings Statement 

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE, WA 98108

Period Beginning: 01/07/2024
Period Ending: 01/13/2024
Pay Date: 01/19/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table

ALESIA BREWER
5815 AKRON STREET
PHILADELPHIA PA 19149

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.3500 | 10.05 | 194.47 | 901.71 |
| Personal Time | 19.3500 | 7.50 | 145.13 | 203.18 |
| Shift Pay | 1.5003 | 17.55 | 26.33 | 109.66 |
| Holiday Pay | | | | 309.60 |
| **Gross Pay** | | | **$365.93** | 1,524.15 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 2.98 | 8.94 |
| Personal Balnce | 3.30 | |
| Tot Work Hours | 10.05 | |
| Vacation Balnce | 20.13 | |

**Important Notes**
BASIS OF PAY: HOURLY

IF YOU HAVE PAY RELATED QUESTIONS, VISIT
HTTPS://ATOZ.AMAZON.WORK AND CLICK RESOURCES.

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -21.41 | 90.77 |
| | Medicare Tax | -5.01 | 21.23 |
| | PA State Income Tax | -10.51 | 44.67 |
| | Philadelphia Income Tax | -13.83 | 57.49 |
| | Plymouth Twp Local Svc Tax | -1.00 | 3.00 |
| | PA SUI Tax | -0.26 | 1.07 |
| | Federal Income Tax | | 17.27 |
| Other | | | |
| | Critic Illness | -4.23 | 12.69 |
| | Pre-Tax Dental | -2.08* | 6.24 |
| | Pre-Tax Medical | -17.77* | 51.69 |
| | Pre-Tax Vision | -3.69* | 11.07 |
| | 401K-Trad | -10.98* | 45.73 |
| **Net Pay** | | **$275.16** | |
| Checking Acct 1 | | -275.16 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $331.41

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE, WA 98108

Advice number: 00000054853
Pay date: 01/19/2024

Deposited to the account of
ALESIA BREWER

| | account number | transit ABA | amount |
|---|---|---|---|
| | ----- | .x xxxx | $275.16 |



# NON-NEGOTIABLE

```
CO.   FILE    DEPT.   CLOCK   VCHR.
YPS   220953  109200  2F01    0000057656   1
```

# Earnings Statement 

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE, WA 98108

Period Beginning: 01/14/2024
Period Ending: 01/20/2024
Pay Date: 01/26/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

ALESIA BREWER
5815 AKRON STREET
PHILADELPHIA PA 19149

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.3500 | 10.07 | 194.85 | 1,096.56 |
| Holiday O/T | 29.0250 | 10.10 | 293.15 | 293.15 |
| Holiday Pay | 19.3500 | 8.00 | 154.80 | 464.40 |
| Personal Time | 19.3500 | 3.00 | 58.05 | 261.23 |
| Shft Hol @O/T | 2.2505 | 10.10 | 22.73 | 22.73 |
| Shift Pay | 1.5002 | 21.07 | 31.61 | 141.27 |
| **Gross Pay** | | | **$755.19** | 2,279.34 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $708.99

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 2.98 | 11.92 |
| Personal Balnce | 2.15 | |
| Tot Work Hours | 20.17 | |
| Vacation Balnce | 21.83 | |

**Important Notes**
BASIS OF PAY: HOURLY

IF YOU HAVE PAY RELATED QUESTIONS, VISIT
HTTPS://ATOZ.AMAZON.WORK   AND CLICK RESOURCES.

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -14.75 | 32.02 |
| | Social Security Tax | -45.55 | 136.32 |
| | Medicare Tax | -10.65 | 31.88 |
| | PA State Income Tax | -22.46 | 67.13 |
| | Philadelphia Income Tax | -28.43 | 85.92 |
| | Plymouth Twp Local Svc Tax | -1.00 | 4.00 |
| | PA SUI Tax | -0.53 | 1.60 |
| **Other** | | | |
| | Critic Illness | -4.23 | 16.92 |
| | Pre-Tax Dental | -2.08* | 8.32 |
| | Pre-Tax Medical | -17.77* | 69.46 |
| | Pre-Tax Vision | -3.69* | 14.76 |
| | 401K-Trad | -22.66* | 68.39 |
| **Net Pay** | | **$581.39** | |
| Checking Acct 1 | | -581.39 | |
| **Net Check** | | **$0.00** | |

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE, WA 98108

Advice number: 00000057656
Pay date: 01/26/2024

Deposited to the account of
ALESIA BREWER

| account number | transit ABA | amount |
|---|---|---|
| XXXX XXXX | | $581.39 |



**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. |  |
|---|---|---|---|---|---|
| YPS | 220953 | 109200 | 2F01 | 0000067239 | 1 |

# Earnings Statement 

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE, WA 98108

Period Beginning: 01/21/2024
Period Ending: 01/27/2024
Pay Date: 02/02/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Standard Withholding Table

ALESIA BREWER
5815 AKRON STREET
PHILADELPHIA PA 19149

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.3500 | 22.62 | 437.70 | 1,534.26 |
| Shift Pay | 1.5000 | 22.62 | 33.93 | 175.20 |
| Holiday O/T | | | | 293.15 |
| Holiday Pay | | | | 464.40 |
| Personal Time | | | | 261.23 |
| Shft Hol @O/T | | | | 22.73 |
| **Gross Pay** | | | **$471.63** | 2,750.97 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $433.94

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 2.98 | 14.90 |
| Personal Balnce | 4.00 | |
| Tot Work Hours | 22.62 | |
| Vacation Balnce | 23.53 | |

| **Deductions** | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -27.97 | 164.29 |
| | Medicare Tax | -6.54 | 38.42 |
| | PA State Income Tax | -13.76 | 80.89 |
| | Philadelphia Income Tax | -17.80 | 103.72 |
| | Plymouth Twp Local Svc Tax | -1.00 | 5.00 |
| | PA SUI Tax | -0.33 | 1.93 |
| | Federal Income Tax | | 32.02 |
| | Other | | |
| | Critic Illness | -4.23 | 21.15 |
| | Pre-Tax Dental | -2.08* | 10.40 |
| | Pre-Tax Medical | -17.77* | 87.23 |
| | Pre-Tax Vision | -3.69* | 18.45 |
| | 401K-Trad | -14.15* | 82.54 |
| **Net Pay** | | **$362.31** | |
| | Checking Acct 1 | -362.31 | |
| **Net Check** | | **$0.00** | |

**Important Notes**
BASIS OF PAY: HOURLY

IF YOU HAVE PAY RELATED QUESTIONS, VISIT
HTTPS://ATOZ.AMAZON.WORK  AND CLICK RESOURCES.

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

© 2000 ADP, Inc.

---

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE, WA 98108

Advice number: 00000067239
Pay date: 02/02/2024

Deposited to the account of
ALESIA BREWER

| account number | transit ABA | amount |
|---|---|---|
| XXXX XXXX | | $362.31 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR | |
|---|---|---|---|---|---|
| YPS | 220953 | 109200 | 2F01 | 0000077075 | 1 |

# Earnings Statement 

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE, WA 98108

Period Beginning: 01/28/2024
Period Ending: 02/03/2024
Pay Date: 02/09/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table

ALESIA BREWER
5815 AKRON STREET
PHILADELPHIA PA 19149

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.3500 | 29.65 | 573.73 | 2,107.99 |
| Personal Time | 19.3500 | 2.00 | 38.70 | 299.93 |
| Shift Pay | 1.5002 | 31.65 | 47.48 | 222.68 |
| Holiday O/T | | | | 293.15 |
| Holiday Pay | | | | 464.40 |
| Shft Hol @O/T | | | | 22.73 |
| **Gross Pay** | | | **$659.91** | 3,410.88 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $616.57

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 2.98 | 17.88 |
| Personal Balnce | 3.85 | |
| Tot Work Hours | 29.65 | |
| Vacation Balnce | 25.23 | |

**Important Notes**
BASIS OF PAY: HOURLY

IF YOU HAVE PAY RELATED QUESTIONS, VISIT
HTTPS://ATOZ.AMAZON.WORK   AND CLICK RESOURCES.

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -5.50 | 37.52 |
| | Social Security Tax | -39.64 | 203.93 |
| | Medicare Tax | -9.27 | 47.69 |
| | PA State Income Tax | -19.54 | 100.43 |
| | Philadelphia Income Tax | -24.86 | 128.58 |
| | Plymouth Twp Local Svc Tax | -1.00 | 6.00 |
| | PA SUI Tax | -0.46 | 2.39 |
| | **Other** | | |
| | Critic Illness | -4.23 | 25.38 |
| | Pre-Tax Dental | -2.08* | 12.48 |
| | Pre-Tax Medical | -17.77* | 105.00 |
| | Pre-Tax Vision | -3.69* | 22.14 |
| | 401K-Trad | -19.80* | 102.34 |
| **Net Pay** | | **$512.07** | |
| Checking Acct 1 | | -512.07 | |
| **Net Check** | | **$0.00** | |

© 2000 ADP, Inc

---

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE, WA 98108

Advice number: 00000077075
Pay date: 02/09/2024

Deposited to the account of
ALESIA BREWER

| account number | transit ABA | amount |
|---|---|---|
| xxxx xxxx | | $512.07 |



**NON-NEGOTIABLE**

```
CO.   FILE    DEPT.   CLOCK   VCHR
YPS   220953  109200  2F01    0000086833   1
```

# Earnings Statement 

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE, WA 98108

Period Beginning: 02/04/2024
Period Ending:    02/10/2024
Pay Date:         02/16/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

ALESIA BREWER
5815 AKRON STREET
PHILADELPHIA PA 19149

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.3500 | 27.88 | 539.48 | 2,647.47 |
| Personal Time | 19.3500 | 3.00 | 58.05 | 357.98 |
| Shift Pay | 1.5000 | 30.88 | 46.32 | 269.00 |
| Holiday O/T | | | | 293.15 |
| Holiday Pay | | | | 464.40 |
| Shft Hol @O/T | | | | 22.73 |
| **Gross Pay** | | | **$643.85** | 4,054.73 |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $600.99

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 2.98 | 20.86 |
| Personal Balnce | 2.70 | |
| Tot Work Hours | 27.88 | |
| Vacation Balnce | 26.93 | |

**Important Notes**
BASIS OF PAY: HOURLY

IF YOU HAVE PAY RELATED QUESTIONS, VISIT
HTTPS://ATOZ.AMAZON.WORK AND CLICK RESOURCES.

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

| Deductions | Statutory | |
|---|---|---|
| | Federal Income Tax | -3.95 | 41.47 |
| | Social Security Tax | -38.64 | 242.57 |
| | Medicare Tax | -9.04 | 56.73 |
| | PA State Income Tax | -19.04 | 119.47 |
| | Philadelphia Income Tax | -24.26 | 152.84 |
| | Plymouth Twp Local Svc Tax | -1.00 | 7.00 |
| | PA SUI Tax | -0.45 | 2.84 |
| | **Other** | | |
| | Critic Illness | -4.23 | 29.61 |
| | Pre-Tax Dental | -2.08* | 14.56 |
| | Pre-Tax Medical | -17.77* | 122.77 |
| | Pre-Tax Vision | -3.69* | 25.83 |
| | 401K-Trad | -19.32* | 121.66 |

| **Net Pay** | **$500.38** |
|---|---|
| Checking Acct 1 | -500.38 |
| **Net Check** | **$0.00** |

© 2000 ADP, Inc

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE, WA 98108

Advice number: 00000086833
Pay date: 02/16/2024

Deposited to the account of
ALESIA BREWER

| account number | transit ABA | amount |
|---|---|---|
| | XXXX  XXXX | $500.38 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. |  |
|---|---|---|---|---|---|
| YPS | 220953 | 109200 | 2F01 | 0000103616 | 1 |

## Earnings Statement 

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE, WA 98108

Period Beginning: 02/11/2024
Period Ending: 02/17/2024
Pay Date: 02/23/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

ALESIA BREWER
5815 AKRON STREET
PHILADELPHIA PA 19149

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.3500 | 27.33 | 528.84 | 3,176.31 |
| Personal Time | 19.3500 | 2.00 | 38.70 | 396.68 |
| Shift Pay | 1.5001 | 39.33 | 59.00 | 328.00 |
| Vacation Pay | 19.3500 | 10.00 | 193.50 | 193.50 |
| Holiday O/T | | | | 293.15 |
| Holiday Pay | | | | 464.40 |
| Shft Hol @O/T | | | | 22.73 |
| **Gross Pay** | | | **$820.04** | 4,874.77 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $771.90

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 2.98 | 23.84 |
| Personal Balnce | 2.55 | |
| Tot Work Hours | 27.33 | |
| Vacation Balnce | 18.63 | |

**Important Notes**
BASIS OF PAY: HOURLY

IF YOU HAVE PAY RELATED QUESTIONS, VISIT
HTTPS://ATOZ.AMAZON.WORK   AND CLICK RESOURCES.

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

| Deductions | Statutory | |
|---|---|---|
| | Federal Income Tax | -21.04 | 62.51 |
| | Social Security Tax | -49.57 | 292.14 |
| | Medicare Tax | -11.59 | 68.32 |
| | PA State Income Tax | -24.45 | 143.92 |
| | Philadelphia Income Tax | -30.86 | 183.70 |
| | Plymouth Twp Local Svc Tax | -1.00 | 8.00 |
| | PA SUI Tax | -0.57 | 3.41 |
| **Other** | | | |
| | Critic Illness | -4.23 | 33.84 |
| | Pre-Tax Dental | -2.08* | 16.64 |
| | Pre-Tax Medical | -17.77* | 140.54 |
| | Pre-Tax Vision | -3.69* | 29.52 |
| | 401K-Trad | -24.60* | 146.26 |

**Net Pay**         **$628.59**
Checking Acct 1     -628.59
**Net Check**       **$0.00**

© 2000 ADP, inc

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE, WA 98108

Advice number: 00000103616
Pay date: 02/23/2024

Deposited to the account of
ALESIA BREWER

| account number | transit ABA | amount |
|---|---|---|
| XXXX XXXX | | $628.59 |



**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR | |
|---|---|---|---|---|---|
| YPS | 220953 | 109200 | 2F01 | 0000106404 | 1 |

# Earnings Statement

**ADP**

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE, WA 98108

Period Beginning:  02/18/2024
Period Ending:     02/24/2024
Pay Date:          03/01/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

ALESIA BREWER
5815 AKRON STREET
PHILADELPHIA  PA  19149

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Bereavement | 19.3500 | 30.00 | 580.50 | 580.50 |
| Shift Pay | 1.5000 | 40.00 | 60.00 | 388.00 |
| Vacation Pay | 19.3500 | 10.00 | 193.50 | 387.00 |
| Regular | | | | 3,176.31 |
| Holiday O/T | | | | 293.15 |
| Holiday Pay | | | | 464.40 |
| Personal Time | | | | 396.68 |
| Shft Hol @O/T | | | | 22.73 |
| **Gross Pay** | | | **$834.00** | 5,708.77 |

**Net Check                  $0.00**

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $785.44

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 2.98 | 26.82 |
| Personal Balnce | 4.40 | |
| Vacation Balnce | 10.33 | |

**Important Notes**
BASIS OF PAY: HOURLY

IF YOU HAVE PAY RELATED QUESTIONS, VISIT
HTTPS://ATOZ.AMAZON.WORK    AND CLICK RESOURCES.

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -22.39 | 84.90 |
| | Social Security Tax | -50.43 | 342.57 |
| | Medicare Tax | -11.80 | 80.12 |
| | PA State Income Tax | -24.88 | 168.80 |
| | Philadelphia Income Tax | -31.39 | 215.09 |
| | Plymouth Twp Local Svc Tax | -1.00 | 9.00 |
| | PA SUI Tax | -0.59 | 4.00 |
| | **Other** | | |
| | Critic Illness | -4.23 | 38.07 |
| | Pre-Tax Dental | -2.08* | 18.72 |
| | Pre-Tax Medical | -17.77* | 158.31 |
| | Pre-Tax Vision | -3.69* | 33.21 |
| | 401K-Trad | -25.02* | 171.28 |
| | **Net Pay** | **$638.73** | |
| | Checking Acct 1 | -638.73 | |

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE, WA 98108

Advice number:  00000106404
Pay date:       03/01/2024

Deposited to the account of
ALESIA BREWER

| account number | transit ABA | amount |
|---|---|---|
| XXXX XXXX | | $638.73 |



THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | |
|---|---|---|---|---|---|
| YPS | 220953 | 109200 | 2F01 | 0000116201 | 1 |

# Earnings Statement  ADP

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE, WA 98108

Period Beginning: 02/25/2024
Period Ending: 03/02/2024
Pay Date: 03/08/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

ALESIA BREWER
5815 AKRON STREET
PHILADELPHIA PA 19149

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.3500 | 26.98 | 522.06 | 3,698.37 |
| Personal Time | 19.3500 | 3.00 | 58.05 | 454.73 |
| Shift Pay | 1.5000 | 29.98 | 44.97 | 432.97 |
| Bereavement | | | | 580.50 |
| Holiday O/T | | | | 293.15 |
| Holiday Pay | | | | 464.40 |
| Shft Hol @O/T | | | | 22.73 |
| Vacation Pay | | | | 387.00 |
| **Gross Pay** | | | **$625.08** | 6,333.85 |

Net Check  $0.00

* Excluded from federal taxable wages
  Your federal taxable wages this period are $576.54

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 2.98 | 29.80 |
| Personal Balnce | 3.25 | |
| Tot Work Hours | 26.98 | |
| Vacation Balnce | 12.03 | |

**Important Notes**
BASIS OF PAY: HOURLY

IF YOU HAVE PAY RELATED QUESTIONS, VISIT HTTPS://ATOZ.AMAZON.WORK   AND CLICK RESOURCES.

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -1.50 | 86.40 |
| | Social Security Tax | -37.48 | 380.05 |
| | Medicare Tax | -8.76 | 88.88 |
| | PA State Income Tax | -18.47 | 187.27 |
| | Philadelphia Income Tax | -23.55 | 238.64 |
| | Plymouth Twp Local Svc Tax | -1.00 | 10.00 |
| | PA SUI Tax | -0.43 | 4.43 |
| | **Other** | | |
| | Critic Illness | -4.23 | 42.30 |
| | Pre-Tax Dental | -2.08* | 20.80 |
| | Pre-Tax Medical | -17.77* | 176.08 |
| | Pre-Tax Vision | -3.69* | 36.90 |
| | 401K-Trad | -25.00* | 196.28 |
| **Net Pay** | | **$481.12** | |
| | Checking Acct 1 | -481.12 | |

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE, WA 98108

Advice number: 00000116201
Pay date: 03/08/2024

Deposited to the account of
ALESIA BREWER

| account number | transit ABA | amount |
|---|---|---|
| | xxxx | $481.12 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**