UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter 13
    ALESIA BREWER                          Bankruptcy No.24-10708-AMC


              Debtor

## CERTIFICATE OF SERVICE

I, Kenneth E. West, Esq., do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 11th day of June, 2024, by first class mail upon those

listed below:

ALESIA BREWER
5815 AKRON STREET
PHILADELPHIA, PA  19149

**Electronically via CM/ECF System Only:**

ZACHARY PERLICK, ESQ.

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107


                    */s/ Kenneth E. West, Esq.*
                    Kenneth E. West, Esq.
                    Standing Chapter 13 Trustee