United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Alesia Brewer  
    Debtor

Case No. 24-10708-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jul 17, 2024      Form ID: pdf900      Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alesia Brewer, 5815 Akron Street, Philadelphia, PA 19149-3403 |
| 14860890 | + | AT&T, 32 Avenue of the Americas, New York, NY 10013-2473 |
| 14864592 | + | Midfirst Bank, C/O Michael Farrington, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14861428 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |
| 14872070 | + | US Department of Education, PO Box 790366, Saint Louis MO 63179-0366 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 18 2024 00:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 18 2024 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14864374 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 00:36:18 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14899804 | | Email/Text: megan.harper@phila.gov | Jul 18 2024 00:23:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14864376 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 01:56:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14881781 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 18 2024 00:32:57 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14860891 | ^ | MEBN | Jul 18 2024 00:08:19 | Midland Mortgage, POB 268806, Oklahoma City, OK 73126-8806 |
| 14860892 | ^ | MEBN | Jul 18 2024 00:08:09 | PGW, 800 W. Montgomery Ave., Philadelphia, PA 19122-2806 |
| 14871702 | | Email/Text: EDBKNotices@ecmc.org | Jul 18 2024 00:22:00 | U.S. Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |
| 14868879 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 18 2024 00:36:36 | U.S. Department of Housing and Urban Dev, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 14860893 | | Email/Text: megan.harper@phila.gov | Jul 18 2024 00:23:00 | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |
| 14880873 | | Email/Text: peritus@ebn.phinsolutions.com | Jul 18 2024 00:23:00 | Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 141419, Irving, Tx 75014-1419 |

| 14860894 | Email/Text: bankruptcynotice@westlakefinancial.com | | |
|---|---|---|---|
| | | Jul 18 2024 00:23:00 | Westlake Financial Services, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14868876 | *+ | AT&T, 32 Avenue of the Americas, New York, NY 10013-2473 |
| 14868882 | *+ | AT&T, 32 Avenue of the Americas, New York, NY 10013-2473 |
| 14868877 | * | Midland Mortgage, POB 268806, Oklahoma City, OK 73126-8806 |
| 14868883 | * | Midland Mortgage, POB 268806, Oklahoma City, OK 73126-8806 |
| 14868878 | *+ | PGW, 800 W. Montgomery Ave., Philadelphia, PA 19122-2806 |
| 14868884 | *+ | PGW, 800 W. Montgomery Ave., Philadelphia, PA 19122-2806 |
| 14871720 | * | U.S. Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |
| 14868885 | *P++ | US DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, ATTN OFFICE OF REGIONAL COUNSEL, 801 MARKET STREET 12TH FLOOR, PHILADELPHIA PA 19107-3126, address filed with court:, U.S. Department of Housing and Urban Dev, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 14868880 | * | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |
| 14868886 | * | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |
| 14868881 | * | Westlake Financial Services, PO Box 76809, Los Angeles, CA 90076-0809 |
| 14868887 | * | Westlake Financial Services, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Alesia Brewer Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    ALESIA BREWER<br><br>        Debtor | Chapter 13<br><br>Bankruptcy No. 24-10708-AMC |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: July 17, 2024**

_____
Honorable Ashely M. Chan
Bankruptcy Judge